Herman Rieser, defendant in error, v. Donald S. Engelhart et al., plaintiffs in error.  Gen. No. 36,516.

Opinion filed April 10, 1933.

Tage Joranson, for plaintiffs in error.  Sonnenschein, Berkson, Lautmann, Levinson & Morse, for defendant in error.

Mr. Justice Matchett delivered the opinion of the court.

P. M. Smith, defendant in error, v. Louis Heyden et al., defendants. Mary Arndt and Albert Heyden, plaintiffs in error.  Gen. No. 36,330.

Opinion filed April 10, 1933.

Aaron Soble, for plaintiffs in error.  McInerney & Powers, for defendant in error.

Mr. Justice O'Connor delivered the opinion of the court.

James M. Shackelford, appellee, v. The Belt Railway Company of Chicago, appellant.  Gen. No. 36,346.

Opinion filed April 10, 1933.  Rehearing denied April 24, 1933.

J. Raymond Barse, Samuel Kassel and John A. Bloomingston, for appellant.  William Wallace McCallum and Murphy O. Tate, for appellee.

Mr. Justice O'Connor delivered the opinion of the court.

Auburn Stoker Sales Corporation, appellee, v. Fred Becklenberg, appellant.  Gen. No. 36,385.

Opinion filed April 10, 1933.

Shulman, Shulman & Abrams, for appellant; Meyer Abrams, of counsel.  Chavin & Quadow, for appellee; Arthur Quadow, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.